_____

No. 95-3644
_____

Richard Lamont Holland,                      *
                                             *
          Appellant,                         *
                                             *  Appeal from the United States
     v.                                      *  District Court for the
                                             *  Southern District of Iowa.
John Ault,   *                               *
                                             *       [UNPUBLISHED]
          Appellee.                          *

_____

                  Submitted:  March 22, 1996

                    Filed:  March 29, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     Richard Lamont Holland appeals the district court's[1] denial of his 28
U.S.C. § 2254 petition for a writ of habeas corpus.  Having carefully
reviewed the record and the parties' briefs, we conclude that no error of
law appears and that the district court correctly denied relief.
Accordingly, the district court's judgment is affirmed.  See 8th Cir. R.
47B.

_____

     [1]The Honorable R.E. Longstaff, United States District Judge
for the Southern District of Iowa, adopting the report and
recommendation of the Honorable Celeste F. Bremer, United States
Magistrate Judge for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.